1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

          Plaintiff,

   vs.

DOUGLAS BERRY,

     Defendant/Judgment Debtor,

  and

DIGITRON ELECTRONICS CORP.,

        Garnishee.

NO. 2- MC-16-0068RSL

   (2:14-CR-0146-1)

**Order Terminating**
**Garnishment Proceeding**

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated under 28 U.S.C. § 3205(c)(10)(C).

IT IS ORDERED that the garnishment is terminated and that Digitron Electronics Corp.is relieved of further responsibility under the writ of garnishment issued in this case.

**ORDER TERMINATING GARNISHMENT PROCEEDING**
**(US vs. Douglas Berry) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1    DATED this 8th day of September, 2025.

2

3

4    _MW S Lasnik_
ROBERT S. LASNIK
5    UNITED STATES DISTRICT COURT JUDGE

6

7    Presented by:

8    s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
9    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TERMINATING GARNISHMENT PROCEEDING
(US vs. Douglas Berry) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970